**Opinion issued May 21, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00138-CV

———————————

**DEBRA ANN MCDONALD CHANDLER, Appellant**

**V.**

**PACE HOSPITAL, Appellee**

On Appeal from the 165th District Court
Harris County, Texas
Trial Court Case No. 2011-11499

## MEMORANDUM OPINION

Appellant, Debra Ann McDonald Chandler, attempts to appeal from a final

order granting appellee Pace Hospital's motion for summary judgment and motion

to dismiss and dismissing appellant's case, signed on May 30, 2012. We dismiss the appeal.

Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is extended to ninety days after the date the judgment is signed if any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See* TEX. R. APP. P. 26.1(a); *see also* TEX. R. CIV. P. 297, 329b(a), (g). The time to file a notice of appeal also may be extended if, within fifteen days after the deadline to file the notice of appeal, a party properly files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3; *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (holding motion for extension of time is implied when appellant, acting in good faith, files notice of appeal beyond rule 26.1 deadline but within rule 26.3 fifteen-day extension period).

Here, the trial court signed the final order on May 30, 2012. The clerk's record does not reflect that appellant filed a post-judgment motion or a request for findings of fact and conclusions of law, which would have extended the time to file a notice of appeal. Accordingly, appellant's notice of appeal was due by June 29, 2012, or by July 16, 2012, with a fifteen-day extension. *See* TEX. R. APP. P. 4.1,

2

26.1(a), 26.3; *Verburgt*, 959 S.W.2d at 617. Appellant untimely filed her notice of appeal on February 12, 2015.

On April 2, 2015, we notified appellant that her appeal was subject to dismissal for want of jurisdiction unless, by April 16, 2015, she filed a written response showing how this Court has jurisdiction over this appeal. *See* TEX. R. APP. P. 42.3(a). Appellant responded by filing a motion requesting an extension of time to file her notice of appeal. However, a motion to extend the time within which to file a notice of appeal was due by July 16, 2012. *See* TEX. R. APP. P. 4.1, 26.3. Appellant's motion, filed on April 9, 2015, was untimely filed and cannot extend the deadline to file her notice of appeal. *See* TEX. R. APP. P. 26.3; *see also Russell & Smith Ford, Inc. v. Universal Underwriters of Tex. Ins. Co.*, No. 01-12-00441-CV, 2012 WL 3629043, at * 1 (Tex. App.—Houston [1st Dist.] Aug. 23, 2012, no pet.) (mem. op.) (citing *Verburgt*, 959 S.W.2d at 617) ("Once the fifteen-day period for granting a motion for extension of time has passed, a party can no longer invoke the appellate court's jurisdiction."). Accordingly, we deny appellant's motion for an extension of time to file her notice of appeal.

Appellant's notice of appeal, filed on February 12, 2015, was untimely. Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1. We, therefore, dismiss the appeal for want of

jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.